# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Shasta Elk, | ) | Case No. 1:18-cr-027 |
| Defendant. | ) | |

On March 12, 2018, defendant was ordered detained pending further order of the court. On April 5, 2018, defendant filed a motion for transport and furlough so that she could attend a scheduled substance abuse evaluation on April 25, 2018. On April 24, 2018, the court granted defendant's motion and ordered that defendant be transported by the United States Marshal from the Rugby facility in which she is being housed to Bismarck and thereafter temporarily released.

The court has since been advised by the Pretrial Services Office that the Bismarck Transition Center has bed space available for defendant. Accordingly, the court **VACATES** its earlier order for transport and furlough of defendant (Doc. No. 17) and deems defendant's motion for transport and furlough (Doc. No. 16) **MOOT**. The court shall by separate order release defendant to the Bismarck Transition Center.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court